### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| LEO LAMONICA FLEETON, | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION 04-0810-BH-M |
| STEPHEN BULLARD, | : | |
| Respondent. | : | |

### ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** so that Petitioner may pursue unexhausted claims in the State Courts.

**DONE** this 26th day of September, 2005.

                                                W. B. HAND
                                          SENIOR DISTRICT JUDGE